# UNITED STATES DISTRICT COURT

United States District Court     District of   Massachusetts

Heartland Trademarks, Ltd. and Heartland of Ithaca, Ltd.

V.

Kaleidescope Imprints and Sue C. Tobelman

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10927 GAO

TO: (Name and address of Defendant)

Sue C. Tobelman
c/o Kaleidescope Imprints
103-C Mid Tech Dr.
W. Yarmouth, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Lent, Esq.
Lurie & Krupp, LLP
1 McKinley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 05 2005

CLERK                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/6/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| _[illegible] Kidson_ | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: _1030 M [illegible] Tech Drive, No. Yarmouth, MA_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _[illegible date]_  _[signature]_
              Date                        Signature of Server

_[illegible] Boston MA [illegible]_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.