# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

Heartland Trademarks, Ltd. and Heartland
of Ithaca, Ltd.

      V.

Kaleidescope Imprints and Sue C. Tobelman

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 1092 C

TO: (Name and address of Defendant)

Kaleidescope Imprints
103-C Mid Tech Dr.
W. Yarmouth, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Lent, Esq.
Lurie & Krupp, LLP
1 McKInley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  SARAH A. THORNTON

DATE  May 9, 2005

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/11/05 |
| NAME OF SERVER (PRINT) Carol Wilkinson | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: by serving in hand Sue Tobelman at Kaleidoscope Prints at 103C MidTech Drive, W Yarmouth, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/05    _Carol Wilkn_
             Date         Signature of Server

115 Broad St, Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.