UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTLAND TRADEMARKS, LTD. and HEARTLAND OF ITHACA, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KALEIDOSCOPE IMPRINTS, INC. and SUE C. TOBELMAN, <br><br> Defendants. | Civil Action No. 05-10927 GAO |

**DEFENDANT KALEIDOSCOPE IMPRINTS, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1, defendant Kaleidoscope Imprints, Inc. states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

    Respectfully submitted,

    KALEIDOSCOPE IMPRINTS, INC.,

    By its attorneys,

    HOLLAND & KNIGHT LLP


    /s/ Daniel K. Hampton
    Daniel K. Hampton (BBO No. 634195)
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700
    dan.hampton@hklaw.com

Dated:  May 26, 2005

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished by first-class mail this 26th day of May, 2005, to the following:

>Thomas E. Lent, Esq.
>Lurie & Krupp, LLP
>1 McKinley Square
>Boston, MA 02109
>
>Neal L. Slifkin, Esq.
>Harris Beach LLP
>99 Garnsey Road
>Pittsford, NY 14534

                /s/ Daniel K. Hampton
                Daniel K. Hampton

# 2943701_v2