UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTLAND TRADEMARKS, LTD. and HEARTLAND OF ITHACA, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KALEIDOSCOPE IMPRINTS, INC. and SUE C. TOBELMAN, <br><br> Defendants. | Civil Action No. 05-10927 GAO |

## ASSENTED-TO MOTION FOR
## EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT

The defendants, Kaleidoscope Imprints, Inc. and Sue C. Tobelman (collectively "Defendants") hereby request an extension until July 10, 2005, of their time in which to respond to the Complaint of plaintiffs. This date reflects and extension of forty-five (45) days following the time allowed for response by Fed. R. Civ. P. 12 from the date the defendants were served with a summons and complaint.

**L.R. 7.1(A)(2) CERTIFICATION**

Counsel for Defendants has conferred with counsel for plaintiffs, who assented to the relief requested herein.

    Respectfully submitted,

    KALEIDOSCOPE IMPRINTS, INC., and SUE C. TOBELMAN

    By their attorneys,

    HOLLAND & KNIGHT LLP

    /s/ Daniel K. Hampton
    Daniel K. Hampton (BBO No. 634195)
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700
    dan.hampton@hklaw.com

Dated: May 26, 2005

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished by first-class mail this 26th day of May, 2005, to the following:

    Thomas E. Lent, Esq.
    Lurie & Krupp, LLP
    1 McKinley Square
    Boston, MA 02109

    Neal L. Slifkin, Esq.
    Harris Beach LLP
    99 Garnsey Road
    Pittsford, NY 14534

    /s/ Daniel K. Hampton
    Daniel K. Hampton

# 2943752_v2