UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTLAND TRADEMARKS, LTD. and HEARTLAND OF ITHACA, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KALEIDOSCOPE IMPRINTS, INC. and SUE C. TOBELMAN, <br><br> Defendants. | Civil Action No. 05-10927 GAO |

**FINAL ASSENTED-TO MOTION FOR**
**EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**

The defendants, Kaleidoscope Imprints, Inc. and Sue C. Tobelman (collectively "Defendants") hereby request an extension until September 29, 2005, of their time in which to respond to the Complaint of plaintiffs. This date reflects an extension of twenty (20) days following the time currently set for the defendants' response. As grounds for this motion, Defendants state that the parties have been engaged in substantive, productive discussions in an effort to ascertain whether the dispute between them might be settled without recourse to further litigation. The parties anticipate that no further extension of time to respond will be requested.

## L.R. 7.1(A)(2) CERTIFICATION

Counsel for Defendants has conferred with counsel for plaintiffs regarding the relief herein requested, and counsel for plaintiffs has assented to the requested relief.

>Respectfully submitted,
>
>KALEIDOSCOPE IMPRINTS, INC., and SUE C. TOBELMAN
>
>By their attorneys,
>
>HOLLAND & KNIGHT LLP
>
>/s/ Daniel K. Hampton
>Daniel K. Hampton (BBO No. 634195)
>10 St. James Avenue
>Boston, MA 02116
>(617) 523-2700
>dan.hampton@hklaw.com

Dated: September 9, 2005

# 3210946_v1