UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEARTLAND TRADEMARKS, LTD. and
HEARTLAND OF ITHACA, LTD.,

               Plaintiffs,

v.

KALEIDOSCOPE IMPRINTS, INC. and SUE
C. TOBELMAN,

               Defendants.

Civil Action No. 05-10927 GAO

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Counsel for the parties have conferred, as required by Rule 16.1(B) of the Local Rules of this Court, and now submit this Joint Statement in accordance with Local Rule 16.1(D).

## I.     NATURE OF THE CASE

This case involves claims of trademark infringement, false designation of origin, and unfair competition under the Lanham Act.

## II.     AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE

    A.     Status of settlement discussions in this matter

    B.     The schedule for this action, which shall encompass the following:

          1.     Fact discovery;

          2.     Dispositive motions; and

          3.     Trial.

### III.    STATUS OF SETTLEMENT DISCUSSIONS

The parties have been engaged in substantial, productive settlement discussions.  The parties believe they are likely to reach a negotiated resolution of this dispute without further intervention by the Court.

### IV.    PROPOSED DISCOVERY PLAN AND MOTION SCHEDULE

The parties have agreed to the following proposed events, should settlement be unsuccessful:

A.    <u>Fact Discovery</u>

Each of the parties will make its voluntary disclosures pursuant to Fed. R. Civ. P. 26(a)(1) within thirty days after the initial scheduling conference.  Fact discovery shall be completed no later than May 25, 2006.  All interrogatories, document requests, and/or requests for admissions must be served so that the responses thereto will be by May 25, 2006.  All depositions shall be taken on or before May 25, 2006.

B.    <u>Motions for Summary Judgment</u>

Motions for summary judgment, if any, may be served and filed no later than July 25, 2006.  Opposition to any motions for summary judgment must be served and filed no later than August 25, 2006.  Responses to oppositions to motions for summary judgment must be filed by September 15, 2006.

C.    <u>Amendment of Pleadings, Joinder of Parties</u>

Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15 or for joinder of parties pursuant to Fed. R. Civ. P. 19 must be served and filed, to the extent that the service or filing of such motions is otherwise permitted by this Court and by the Federal Rules of Civil Procedure, no later than January 25, 2006.

      D.    <u>Trial</u>

A pretrial conference shall take place on the first date convenient to the court following its ruling on any summary judgment motion.

## V.    CERTIFICATIONS

The parties will submit the certifications required by Local Rule 16.1(D)(3) at or prior to the scheduling conference.  Plaintiff has served a settlement demand on defendant pursuant to Local Rule 16.1(C).

## VI.    TRIAL BY MAGISTRATE JUDGE

The parties do not consent at this time to a trial by a Magistrate Judge.

## VII.    ALTERNATIVE DISPUTE RESOLUTION

No agreement has been made at this time for consent to alternative dispute resolution.

Respectfully submitted,

HEARTLAND TRADEMARKS, LTD. and
HEARTLAND OF ITHACA, LTC.

KALEIDOSCOPE IMPRINTS, INC., and SUE
C. TOBELMAN

By their attorneys,

By their attorneys,

/s/ Thomas E. Lent by D.K.H.
David E. Lurie (BBO No. 542030)
Thomas E. Lent (BBO No. 644970)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 02109
(617) 367-1970
dlurie@luriekrupp.com
tlent@luriekrupp.com

/s/ Daniel K. Hampton
Daniel K. Hampton (BBO No. 634195)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
dan.hampton@hklaw.com

Neal L. Slifkin
Yohannes Assefa
HARRIS BEACH LLP
99 Garnsey Road
Pittsford, NY 14534
(585) 419-8800

Dated:  October 24, 2005

Dated:  October 24, 2005

# 3322700_v2