UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEARTLAND TRADEMARKS, LTD. and
HEARTLAND OF ITHACA, LTD.,

    Plaintiffs,

v.

KALEIDOSCOPE IMPRINTS, INC. and SUE
C. TOBELMAN,

    Defendants.

Civil Action No. 05-10927 GAO

## CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation and to discuss the use of alternative dispute resolution programs.

KALEIDOSCOPE IMPRINTS, INC.

_____
By: Steve Karras
103-C Mid Tech Dr.
West Yarmouth, MA 02673
(508) 778-1228

SUE C. TOBELMAN

_____
103-C Mid Tech Dr.
West Yarmouth, MA 02673
(508) 778-1228

HOLLAND & KNIGHT LLP

_____
Daniel K. Hampton (BBO No. 634195)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: October 25, 2005

# 3324219_v1