UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTLAND TRADEMARKS, LTD., and<br>HEARTLAND OF ITHACA, LTD.,<br><br>           Plaintiffs,<br><br>v.<br><br>KALEIDOSCOPE IMPRINTS, INC. and<br>SUE C. TOBELMAN,<br><br>           Defendants. | Civ. Action. No. 05-10927 GAO |

HEARTLAND TRADEMARK, LTD. AND HEARTLAND OF ITHACA, LTD.'S
CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiffs, Heartland Trademarks, Ltd. and Heartland of Ithaca, Ltd., and their counsel, certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Respectfully submitted,

HEARTLAND TRADEMARKS, LTD.
AND HEARTLAND OF ITHACA, LTD.

By: /s/ David E. Lurie
David E. Lurie, Esq. BO #542030
LURIE & KRUPP LLP
One McKinley Square
Boston, Massachusetts 02109

-and-

By: _____
Neal L. Slifkin, Esq.
HARRIS BEACH LLP
99 Garnsey Road
Pittsford, New York 14534
*Attorneys for Plaintiffs
Heartland Trademarks, Ltd. and
Heartland of Ithaca, Ltd.*

-and-

HEARTLAND TRADEMARKS, LTD.
and HEARTLAND OF ITHACA, LTD.

By: _____
Allen Frank

T:\User\NOS\WDATA\H\kaleidoscope certification.DOC
10/25/2005 10:01:01 AM

2