UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEARTLAND TRADEMARKS, LTD. and
HEARTLAND OF ITHACA, LTD.,

        Plaintiffs,

v.

KALEIDOSCOPE IMPRINTS, INC. and SUE
C. TOBELMAN,

        Defendants.

Civil Action No. 05-10927 GAO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated that all claims in the

above entitled action are hereby dismissed with prejudice, without costs and fees, and with all

rights of appeal waived.

# 3550548_v1

- 2 -

Respectfully submitted,

| | |
|---|---|
| HEARTLAND TRADEMARKS, LTD. and HEARTLAND OF ITHACA, LTC. | KALEIDOSCOPE IMPRINTS, INC., and SUE C. TOBELMAN |
| By their attorneys, | By their attorneys, |
| /s/ Thomas E. Lent | /s/ Daniel K. Hampton |
| David E. Lurie (BBO No. 542030) | Daniel K. Hampton (BBO No. 634195) |
| Thomas E. Lent (BBO No. 644970) | HOLLAND & KNIGHT LLP |
| LURIE & KRUPP, LLP | 10 St. James Avenue |
| One McKinley Square | Boston, MA 02116 |
| Boston, MA 02109 | (617) 523-2700 |
| (617) 367-1970 | dan.hampton@hklaw.com |
| dlurie@luriekrupp.com | |
| tlent@luriekrupp.com | |

Neal L. Slifkin
Yohannes Assefa
HARRIS BEACH LLP
99 Garnsey Road
Pittsford, NY 14534
(585) 419-8800

Dated:  February 8, 2006                    Dated:  February 8, 2006